UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| RIVERA, RYAN | § | Case No. 10-54368 |
| RIVERA, TIFFANY J | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/04/2011 in Courtroom 619,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/28/2011                    By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:
Ryan Rivera
Tiffany J Rivera
    Debtors

Case No. 10-54368-JPC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ahamilton     Page 1 of 2     Date Rcvd: Jun 29, 2011
                  Form ID: pdf006     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2011.

```
db/jdb     +Ryan Rivera,    Tiffany J Rivera,    6135 W 64th Pl,    #E1,    Chicago, IL 60638-5328
aty        +Anita Khachikyan,    Legal Helpers,    233 S. Wacker Dr., Ste. 5150,    Chicago, IL 60606-6371
tr         +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
16521954   +AT&T,    PO Box 6428,    Carol Stream, IL 60197-6428
16521952   +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
17010349    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16521951   +Anita Khachikyan, Legal Helpers,    Legal Helpers, PC,    Sears Tower,
             233 S. Wacker Drive, Suite 5150,    Chicago, IL 60606-6371
16521953   +Archer Dental Specialits,    5342 S. Archer,    Chicago, IL 60632-4949
16521955    Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
16521956   +Chase - Disney,    PO Box 15153,    Wilmington, DE 19886-5153
16847686    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16521957   +Chase- Tjx,    Po Box 15298,    Wilmington, DE 19850-5298
16521958   +Chrysler Financial Services Americas, LLC,    fka DaimlerChrysler Financial Services,
             Riezman Berge, P.C.,    7700 Bonhomme, 7th Floor,    St Louis, Missouri 63105-1960
16521959   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16521960   +Citibank USA,    c/o Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
16521962   +Clearing Court Condominiums,    c/o Advanced Property Settlements,    17720 S Oak Park Ave,
             Tinley Park, IL 60477-3936
16521967   +HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
16521964   +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
16521965   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16521966   +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
16521968   +IL Dept of Healthcare and Family,    Division of Child Support Enforceme,    PO Box 19119,
             Springfield, IL 62794-9119
16612390   +Merchants Credit Guide Co,    223 W Jackson Blvd,    Chicago, IL 60606-6993
16521970   +Public Storage,    10024 S. Harlem,    Bridgeview, IL 60455-2419
16521971   +Rosalinda Saucedo,    6143 S. Natchez,    Chicago, IL 60638-4213
16521950   +Ryan Rivera,    Tiffany J Rivera,    6135 W 64th Pl,    #E1,    Chicago, IL 60638-5328
16521974   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
16782511   +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
16521975   +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
16521976   +Valerie L. Bennecke, DDS,    7338 W. 79th,    Bridgeview, IL 60455-1529
16521977   +Valerie L. Bennecke, DDS,    7338 W. 79th St,    Bridgeview, IL 60455-1529
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17188340    E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2011 00:03:15     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16521963   +E-mail/Text: resurgentbknotifications@resurgent.com Jun 29 2011 23:05:57      Collection,
             Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
17204187    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2011 00:01:47
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK 73124-8809
16521969   +E-mail/PDF: cr-bankruptcy@kohls.com Jun 30 2011 00:03:17     Kohls/chase,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
16521972   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 30 2011 00:03:22     Sallie Mae,    11100 Usa Parkway,
             Fishers, IN 46037-9203
16521973   +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2011 00:03:15     Sams Club,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16521961   ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ahamilton           Page 2 of 2            Date Rcvd: Jun 29, 2011
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2011**                    **Signature:**    /s/ Joseph Speetjens