UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| | § | |
| RIVERA, RYAN | § | Case No. 10-54368 |
| RIVERA, TIFFANY J | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Credit Po Box 8065 Royal Oak, MI 48068 |  |  |  |  |  |
|  | Chrysler Credit Po Box 8065 Royal Oak, MI 48068 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | Clearing Court Condominiums c/o Advanced Property Settlements 17720 S Oak Park Ave Tinley Park, IL 60477 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept of Healthcare and Family Division of Child Support Enforceme PO Box 19119 Springfield, IL 62794 | | | | | |
| | Rosalinda Saucedo 6143 S. Natchez Chicago, IL 60638 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 6428 Carol Stream, IL 60197 | | | | | |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Archer Dental Specialits 5342 S. Archer Chicago, IL 60632 | | | | | |
| | Bank Of America 4060 Ogletown/Stan Newark, DE 19713 | | | | | |
| | Chase - Disney PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase- Tjx Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank USA c/o Northland Group PO Box 390905 Minneapolis, MN 55439 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | HSBC Retail Services PO Box 17264 Baltimore, MD 21297 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Household Mortgage Services Po Box 9068 Brandon, FL 33509 | | | | | |
| | Household Mortgage Services Po Box 9068 Brandon, FL 33509 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Sallie Mae 11100 Usa Parkway Fishers, IN 46038 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Valerie L. Bennecke, DDS 7338 W. 79th Bridgeview, IL 60455 | | | | | |
| | Valerie L. Bennecke, DDS 7338 W. 79th St Bridgeview, IL 60455 | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | CAPITAL RECOVERY IV LLC | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |
| 000007 | CAPITAL RECOVERY IV LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CAPITAL RECOVERY IV LLC | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 10-54368 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|

Case Name:    RIVERA, RYAN

RIVERA, TIFFANY J

For Period Ending: 10/07/11

Date Filed (f) or Converted (c):    12/08/10 (f)

341(a) Meeting Date:    01/28/11

Claims Bar Date:    05/03/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 6135 W 64th Pl Unit 1E , Ch | 102,294.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account with Integra | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Savings account with Integra | 500.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings account with TCF Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous used household goods | 800.00 | 0.00 | DA | 0.00 | FA |
| 6. Books, CDS, Movies | 250.00 | 0.00 | DA | 0.00 | FA |
| 7. Personal Used Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Pension through employer | 55,741.00 | 0.00 | DA | 0.00 | FA |
| 10. Chicago Firefighters Credit Union Shares | 25.00 | 0.00 | DA | 0.00 | FA |
| 11. Child Support arrears owed to Codebtor | 24,423.85 | 0.00 | DA | 0.00 | FA |
| 12. Lawsuit: Dallas v. Tucker, 07 M1 21183 Abramson, M | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 2006 Dodge Grand Caravan with 50,000 miles Value p | 10,225.00 | 7,814.47 | DA | 0.00 | FA |
| 14. 2006 Dodge Caravan, 50,000 miles Value per NADA cl | 10,225.00 | 5,425.00 | DA | 0.00 | FA |
| 15. TAX REFUNDS, OTHER | 7,629.00 | 3,537.00 | DA | 3,537.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.05 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $213,112.85          $16,776.47                              $3,537.05                    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-54368 -JPC | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | RIVERA, RYAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | RIVERA, TIFFANY J | | Account Number / CD #: | *******7167 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4016 | | | |
| For Period Ending: | 10/07/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/11 | 15 | RYAN AND TIFFANY RIVERA 6135 WEST 64TH PLACE #E1 CHICAGO, IL 60638 | TAX REFUND | 1124-000 | 2,988.90 | | 2,988.90 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,988.91 |
| 04/05/11 | 15 | RYAN RIVERA 6135 WEST 64TH PLACE #E1 CHICAGO, IL 60638 | TAX REFUND | 1124-000 | 548.10 | | 3,537.01 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,537.04 |
| 05/11/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,537.05 |
| 05/11/11 | | Transfer to Acct #*******7400 | Final Posting Transfer | 9999-000 | | 3,537.05 | 0.00 |

|  |  | COLUMN TOTALS | 3,537.05 | 3,537.05 | 0.00 |
|---|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | | 0.00 | 3,537.05 | |
| Subtotal | | | 3,537.05 | 0.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| Net | | | 3,537.05 | 0.00 | |

Page Subtotals        3,537.05        3,537.05

Ver: 16.02b

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-54368  -JPC | |
| Case Name: | RIVERA, RYAN | |
| | RIVERA, TIFFANY J | |
| Taxpayer ID No: | *******4016 | |
| For Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7400  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/11 | | Transfer from Acct #*******7167 | Transfer In From MMA Account | 9999-000 | 3,537.05 | | 3,537.05 |
| 08/04/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 884.26 | 2,652.79 |
| 08/04/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 28.24 | 2,624.55 |
| 08/04/11 | 003003 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 3.98897% | 7100-000 | | 380.60 | 2,243.95 |
| 08/04/11 | 003004 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000002, Payment 3.98896% | 7100-000 | | 390.50 | 1,853.45 |
| 08/04/11 | 003005 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 3.98907% | 7100-000 | | 18.97 | 1,834.48 |
| 08/04/11 | 003006 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000004, Payment 3.98894% | 7100-000 | | 853.89 | 980.59 |
| 08/04/11 | 003007 | CAPITAL RECOVERY IV LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000005, Payment 3.98909% | 7100-000 | | 92.91 | 887.68 |
| 08/04/11 | 003008 | CAPITAL RECOVERY IV LLC | Claim 000006, Payment 3.98867% | 7100-000 | | 90.93 | 796.75 |

Page Subtotals      3,537.05      2,740.30

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-54368 -JPC |
| Case Name: | RIVERA, RYAN |
| | RIVERA, TIFFANY J |
| Taxpayer ID No: | *******4016 |
| For Period Ending: | 10/07/11 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7400 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/11 | 003009 | C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 CAPITAL RECOVERY IV LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Claim 000007, Payment 3.98854% | 7100-000 | | 28.12 | 768.63 |
| 08/04/11 | 003010 | CAPITAL RECOVERY IV LLC C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT 25 SE 2ND AVENUE SUITE 1120 MIAMI FL 33131-1605 | Claim 000008, Payment 3.98893% | 7100-000 | | 719.49 | 49.14 |
| 08/04/11 | 003011 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO BOX 248809 OKLAHOMA CITY, OK 73124-8809 | Claim 000009, Payment 3.98922% | 7100-000 | | 49.14 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 3,537.05 | 3,537.05 | 0.00 |
| Less: Bank Transfers/CD's | 3,537.05 | 0.00 | |
| Subtotal | 0.00 | 3,537.05 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,537.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******7167 | 3,537.05 | 0.00 | 0.00 |
| BofA - Checking Account - *******7400 | 0.00 | 3,537.05 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 3,537.05 | 3,537.05 | 0.00 |

Page Subtotals          0.00          796.75

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-54368  -JPC | |
| Case Name: | RIVERA, RYAN | |
| | RIVERA, TIFFANY J | |
| Taxpayer ID No: | *******4016 | |
| For Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7400  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*